| **Fill in this information to identify your case:** | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF MINNESOTA | |
| Case number *(if known)* _____ Chapter 11 | ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Gander Mountain Company |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 41-1990949 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** 180 East 5th Street, Suite 1300 Saint Paul, MN 55101 Number, Street, City, State & ZIP Code  Ramsey County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** See attached list of physical locations Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | http://www.gandermountain.com | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor   Gander Mountain Company _____   Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  4511

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    Overton's Inc.                Relationship   Affiliate
District  Minnesota    When  3/10/17    Case number, if known _____

Debtor __Gander Mountain Company_____ Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
■ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

■ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

■ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  Gander Mountain Company                                  Case number (*if known*)
　　　　Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 10, 2017
　　　　　　　 MM / DD / YYYY

**X** /s/ Timothy Becker                                          Timothy Becker
Signature of authorized representative of debtor                 Printed name

Title   Executive VP of Lighthouse Management Group, Inc., as CRO

**18. Signature of attorney**

**X** /s/ Clinton E. Cutler                                       Date   March 10, 2017
Signature of attorney for debtor                                         MM / DD / YYYY

Clinton E. Cutler
Printed name

Fredrikson & Byron, P.A.
Firm name

200 S Sixth St, Ste 4000
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone   612.492.7000           Email address

158094
Bar number and State

GANDER MOUNTAIN COMPANY
LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR:

| Store Location | Address | City | State | Zip |
|---|---|---|---|---|
| 111 | 6801 120th Ave | Kenosha | WI | 53140 |
| 112 | 2440 E Moreland Blvd | Waukesha | WI | 53186 |
| 113 | 6199 Metro Drive | De Forest | WI | 53532 |
| 114 | 6440 Sculy drive | Eau Claire | WI | 54701 |
| 115 | 1200 Crossing Meadow Drive | Onalaska | WI | 54650 |
| 121 | W 190 N10768 Commerce Cir | Germantown | WI | 53022 |
| 122 | 6939 South 27th St | Franklin | WI | 53132 |
| 126 | 1560 County Hwy XX | Rothschild | WI | 54474 |
| 130 | 535 North Westhill B | Appleton | WI | 54914 |
| 132 | 4308 County Rd J | Sheboygan | WI | 53083 |
| 135 | 2323 Woodman Drive | Green Bay | WI | 54303 |
| 142 | 2140 Edgewood Road S | Cedar Rapids | IA | 52404 |
| 143 | 1215 Skylee Dr NE | Cedar Rapids | IA | (Store not opened yet) |
| 145 | 3940 Elmore Ave | Davenport | IA | 52807 |
| 152 | 315 West Pine | West Baraboo | WI | 53913 |
| 155 | 2900 Deerfield Dr #8 | Janesville | WI | 53546 |
| 163 | 8757 Delta Market Dr | Lansing | MI | 48917 |
| 164 | 373 N Willowbrook Rd Ste Y | Coldwater | MI | 49036 |
| 165 | 5038 A Miller Rd | Flint Township | MI | 48507 |
| 167 | 43825 West Oaks Dr | Novi | MI | 48377 |
| 168 | 4655 Canal Ave | Grandville | MI | 49418 |
| 169 | 3465 US Highway 41 W | Marquette | MI | 49855 |
| 171 | 13975 Hall Rd | Utica | MI | 48315 |
| 172 | 2890 Acquest Ave | Kentwood | MI | 49512 |
| 174 | 2270 Tittabawassee Rd | Saginaw | MI | 48604 |
| 175 | 14100 Pardee Rd | Taylor | MI | 48180 |
| 176 | 5348 S Westnedge Ave | Portage | MI | 49024 |
| 178 | 3500 Market Place Circle Suite B | Traverse City | MI | 49684 |
| 179 | 4055 24th Ave | Fort Gratiot | MI | 48053 |
| 185 | 1630 Southlake Mall | Merrillville | IN | 46410 |
| 187 | 6043 Lima Rd | Fort Wayne | IN | 46818 |
| 191 | 1320 Holland-Sylvani | Holland | OH | 43528 |
| 192 | 5388 Westpointe Plaza | Columbus | OH | 43228 |
| 193 | 8001 Old Troy Pike | Huber Heights | OH | 45424 |
| 194 | 2644 Taylor Rd S | Reynoldsburg | OH | 43068 |
| 195 | 4938 Portage St | North canton | OH | 44720 |

| **Store Location** | **Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|
| 196 | 2390 Niles Cortland Rd SE | Warren | OH | 44484 |
| 200 | 2088 Interchange Rd, Millcreek Pavilion | Erie | PA | 16565 |
| 201 | 4680 Old William Penn Hwy, Ste 100 | Monroeville | PA | 15146 |
| 202 | 1040 Town Square Dr | Greensburg | PA | 15601 |
| 203 | 1500 W Chestnut St | Washington | PA | 15301 |
| 204 | 2400 Market Place Blvd | Moon Township | PA | 15108 |
| 206 | 4505 Century III Blvd | West Mifflin | PA | 15122 |
| 208 | 600 Galleria Dr | Johnstown | PA | 15904 |
| 210 | 955 Viewmont Dr | dickson city | PA | 18519 |
| 211 | 100 Easton Rd | Warrington | PA | 18976 |
| 215 | 1880 Loucks Rd | York | PA | 17404 |
| 216 | 66 Mall Parkway | Pennsdale | PA | 17756 |
| 220 | 3285 Black Gap Rd | Chambersburg | PA | 17202 |
| 235 | 2410 N Salisbury Blvd | Salisbury | MD | 21801 |
| 240 | 2700 Block of Mountaineer | Charleston | WV | 25309 |
| 250 | 100 N Galleria Dr | Middletown | NY | 10941 |
| 251 | 880 Young St | Tonawanda | NY | 14150 |
| 253 | 5864 Carmencia Dr | Cicero | NY | 13039 |
| 254 | 300 Jay Scutti Rd | Rochester | NY | 14623 |
| 255 | 60 Smithfield Blvd, Champlain Ctr Mall | Plattsburgh | NY | 12901 |
| 256 | 705 Frank Sottile Blvd | Kingston | NY | 12401 |
| 257 | 8635 Clinton St | New Hartford | NY | 13413 |
| 259 | 528 Harry L Drive | Johnson City | NY | 13790 |
| 261 | 21182 Salmon Run Mall Loop W | Watertown | NY | 13601 |
| 270 | 3600 Block S US Hwy 41 | Terre Haute | IN | 47802 |
| 271 | 5476 Indiana St | Evansville | IN | 47715 |
| 272 | 5702 E 86th St | Indianapolis | IN | 46250 |
| 273 | 1049 Emerson Ave | Greenwood | IN | 46142 |
| 274 | 216 Gable Crossing Drive | Avon | IN | 46123 |
| 275 | 2175 Barrett Drive | Greenfield | IN | 46140 |
| 280 | 3068 McFarland Rd | Rockford | IL | 61114 |
| 281 | 5114 Holiday Dr | Peoria | IL | 61615 |
| 282 | 2371 Chuckwagon Dr | Springfield | IL | 62711 |
| 283 | 2006 N. Prospect Ave | Champaign | IL | 61822 |
| 284 | 2100 S Randall Rd | Geneva | IL | 60134 |
| 285 | 1400 S. Randall Rd | Algonquin | IL | 60102 |
| 286 | 2480 Blue Heron Drive | Marion | IL | 62959 |
| 287 | 3301 Essington Rd | Joliet | IL | 60435 |
| 288 | 1230 Central Park Drive | O'Fallon | IL | 62269 |
| 290 | 751 Gravois Bluffs Boulevard | Fenton | MO | 63026 |
| 291 | 18491 Outlet Blvd | Chesterfield | MO | 63005 |
| 303 | 5244 Cobblestone Rd | Sheffield Village | OH | 44035 |
| 304 | 9620 Diamond Centre | Mentor | OH | 44060 |

| **Store Location** | **Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|
| 305 | 2695 Creekside Dr | Twinsburg | OH | 44087 |
| 308 | 1970 Jonesboro Rd | McDonough | GA | 30523 |
| 309 | 361 Newnan Crossing Byp | Newnan | GA | 30265 |
| 310 | 3418 Memorial Parkway NW | Huntsville | AL | 35810 |
| 311 | 832 N. Westover Blvd | Albany | GA | 31707 |
| 312 | 3325 McFarland Boulevard East | Tuscaloosa | AL | 35405 |
| 313 | 5105 Montgovery Hwy | Dothan | AL | 36303 |
| 314 | 540 E. Meighan Blvd | Gadsden | AL | 35903 |
| 315 | 4501 Hardy Street Suite 100 | Hattiesburg | MS | 39402 |
| 316 | 145 Mason McKnight Jr Pkwy | Augusta | GA | 30907 |
| 317 | 7765 Airport Blvd Ste 609 | Mobile | AL | 36608 |
| 318 | 2424 Eastern Blvd | Montgomery | AL | 36117 |
| 320 | 11501 Parkside Dr | Knoxville | TN | 37934 |
| 321 | 1523 Vann Drive | Jackson | TN | 38305 |
| 322 | 5756 Highway 153 Suite F | Hixson | TN | 37343 |
| 323 | 66 Belinda Parkway | Mt. Juliet | TN | 37122 |
| 329 | 7800 Rivers Ave Ste 1500 | North Charleston | SC | 29406 |
| 330 | 1049 Glenforest Rd | Myrtle Beach | SC | 29579 |
| 331 | 6101 Capital Blvd | Raleigh | NC | 27616 |
| 332 | 13610 Hoover Creek Blvd | Charlotte | NC | 28273 |
| 333 | 3704 E. Franklin Blvd | Gastonia | NC | 28056 |
| 334 | 3151 W US Hwy 74 | Monroe | NC | 28110 |
| 335 | 1912 Skibo Rd | Fayetteville | NC | 28303 |
| 336 | 2223 Vanstory St | Greensboro | NC | 27403 |
| 337 | 236 Norman Station Blvd | Mooresville | NC | 28117 |
| 339 | 1950 South Stratford Road | Winston-Salem | NC | 27103 |
| 340 | 3708 Plank Rd | Fredericksburg | VA | 22407 |
| 342 | 251 Commonwealth Ct | Winchester | VA | 22602 |
| 343 | 8195 Gander Way | Roanoke | VA | 24019 |
| 344 | 440 Gander Drive | Charlottesville | VA | 22901 |
| 345 | 14011 Worth Ave | Woodbridge | VA | 22192 |
| 350 | 3750 Flagg lane | Lake Mary | FL | 32746 |
| 351 | 550 Prime Outlet Blvd | St Augustine | FL | 32084 |
| 352 | 13075 City Square Dr | Jacksonville | FL | 32218 |
| 353 | 100 Gander Way | West Palm Beach | FL | 33403 |
| 354 | 3970 SW 3rd St #1010 | Ocala | FL | 34474 |
| 355 | 11655 W. Hillsborough Ave | Tampa | FL | 33635 |
| 356 | 1220 Airport Blvd | Pensacola | FL | 32504 |
| 367 | 3470 55th St NW | Rochester | MN | 55901 |
| 368 | 20870 Rogers Drive | Rogers | MN | 55374 |
| 370 | 605 S Wichita St | Wichita | KS | 67202 |
| 372 | 8310 S. Olympia Ave. West | Tulsa | OK | 74132 |
| 380 | 2121 43rd St SW | Fargo | ND | 58104 |

| Store Location | Address | City | State | Zip |
|---|---|---|---|---|
| 390 | 3240 James Sanders Blvd | Paducah | KY | 42001 |
| 391 | 725 Bluegrass Farms Blvd Suite 1 | Bowling Green | KY | 42104 |
| 397 | 12277 Dallas Pkwy | Frisco | TX | 75034 |
| 398 | 2036 N. Zaragoza Road | El Paso | TX | 79938 |
| 399 | 13441 Westheimer Road | Houston | TX | 77082 |
| 400 | 3301 Corsican Crossings Blvd | Corsicana | TX | 75110 |
| 401 | 10300 West Interstate 40 | Amarillo | TX | 79124 |
| 402 | 19820 Hempstead Rd | Houston | TX | 77065 |
| 403 | 19302 Interstate 45 | Spring | TX | 77373 |
| 404 | 19890 SW Freeway | Sugar Land | TX | 77479 |
| 406 | 8203 State Hwy 151 | San Antonio | TX | 78245 |
| 407 | 5855 Eastex Freeway | Beaumont | TX | 77706 |
| 408 | 2725 HWY 75 N | Sherman | TX | 75090 |
| 409 | University & Hwy 30 | Texarkana | TX | 75503 |
| 410 | 151 Market Square Blvd | Tyler | TX | 75703 |
| 411 | 2301 Earl Rudder Freeway South | College Station | TX | 77845 |
| 412 | 4006 W Loop 289 | Lubbock | TX | 79407 |
| 413 | 3203 South I-35 | Round Rock | TX | 78664 |
| 414 | 723 Hebron Parkway | Lewisville | TX | 75057 |
| 415 | 3777 Childress Avenue | Mesquite | TX | 75150 |
| 416 | 6001 Quebec St | Fort Worth | TX | 76135 |
| 417 | 459 E Interstate 20 Hwy | Arlington | TX | 76018 |
| 418 | 2701 S Jack Kultgen Expy | Waco | TX | 76711 |
| 419 | 701 E Central Texas Expressway | Killeen | TX | 76541 |
| 421 | 9923 Grant St | Thornton | CO | 80229 |
| 422 | 18420 Cottonwood Dr | Parker | CO | 80138 |
| 425 | 2100 Village Market Place | Morrisville | NC | 27560 |
| 426 | 278 Norman Drive | Valdosta | GA | 31601 |
| 427 | 100 South Creasy Suite 1600 | Lafayette | IN | 47905 |
| 428 | 340 Seville Street | Florence | AL | 35630 |
| 430 | 1640 Parker Way | Opelika | AL | 36801 |
| 470 | 5450 Landers Rd | Sherwood | AR | 72117 |
| 481 | 1940 Adams St | Mankato | MN | 56001 |
| 483 | 16861 Kenyon Ave | Lakeville | MN | 55044 |
| 484 | 1313 Paul Bunyon dr | Bemidji | MN | 56601 |
| 485 | 14640 W Freeway Dr | Forest Lake | MN | 55025 |
| 486 | 14275 Edgewood Dr Ste 100 | Baxter | MN | 56425 |
| 487 | 10650 Baltimore St NE | Blaine | MN | 55434 |
| 488 | 10470 Hudson Rd | Woodbury | MN | 55129 |
| 489 | 12160 Technology Dr | Eden Prairie | MN | 55344 |
| 490 | 4275 Haines Rd | Hermantown | MN | 55811 |
| 493 | 614 Second St S | Waite Park | MN | 56387 |
| 962 | 700 South Council Dr | Lebanon | IN | 46052 |

| Store Location | Address | City | State | Zip |
|---|---|---|---|---|
| 962 | 300 Purity Dr | Lebanon | IN | 46052 |

60913849.1

Debtor name | Gander Mountain Company
United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vista Outdoor Sales - Federal<br>1 Vista Way<br>Anoka, MN 55303 | Jim Hanus<br>1 Vista Way<br>Anoka, MN 55303<br><br>Tel: (763) 323-2485<br>Fax: (800) 424-3291<br>E-mail: Jim.Hanus@VistaOutdoor.com | Trade Payable | | | | $15,178,053.12 |
| Pure Fishing<br>8141 County Road 127<br>Brainerd, MN 56401 | Margo Whitener<br>8141 County Road 127<br>Brainerd, MN 56401<br><br>Tel: (803) 451-3571<br>Fax: (712) 336-4756<br>E-mail: mlwhitener@purefishing.com | Trade Payable | | | | $4,546,216.79 |
| Ellett Brothers Wh01<br>267 Columbia Avenue<br>Chapin, SC 29036 | Jay Montgomery<br>267 Columbia Avenue<br>Chapin, SC 29036<br><br>Tel: (800) 845-3711<br>Fax: (803) 932-5102<br>Email: JayMontgomery@Ellett.com | Trade Payable | | | | $3,032,840.02 |
| Sigarms Inc.<br>18 Industrial Drive<br>Exeter, NH 03833 | Stan Baumgarten<br>18 Industrial Drive<br>Exeter, NH 03833<br><br>Tel: (603) 772-2302<br>Fax: (603) 772-9082<br>E-mail: Stan.baumgarten@sigsauer.com | Trade Payable | | | | $2,864,981.17 |

Debtor  Gander Mountain Company
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Remington Arms Co<br>870 Remington Drive<br>Madison, NC 27025 | Brandy Smith<br>870 Remington Drive<br>Madison, NC 27025<br><br>Tel: (800) 243-9700<br>Fax: (336) 548-7821<br>E-mail: Brandy.Smith@remington.com | Trade Payable | | | | $2,624,106.32 |
| Starcom Worldwide, Inc.<br>12076 Collection Center Dr<br>Chicago, IL 60693 | Jens Welin<br>12076 Collection Center Dr<br>Chicago, IL 60693<br><br>Tel: (312) 342-3198<br>E-mail: Jens.welin@starcomww.com | Trade Payable | | | | $2,244,233.46 |
| Vortex Optics<br>2120 W Greenview Dr<br>Middleton, WI 53562 | Tom Leatherberry<br>2120 W Greenview Dr<br>Middleton, WI 53562<br><br>Tel: (608) 662-1061<br>Fax: (608) 662-7454<br>E-mail: tleatherberry@vortexoptics.com | Trade Payable | | | | $2,121,449.93 |
| Liberty Safe & Security<br>1199 W Utah Ave<br>Payson, UT 84057 | Kim Waddoups<br>1199 W Utah Ave<br>Payson, UT 84057<br><br>Tel: (800) 247-5625<br>Fax: (801) 465-2712<br>E-mail: kim.waddoups@libertysafe.com | Trade Payable | | | | $2,013,223.00 |
| Bill Hicks & Co Ltd<br>15155 23rd Ave North<br>Minneapolis, MN 55447 | Lanny Smaagard<br>15155 23rd Ave North<br>Minneapolis, MN 55447<br><br>Tel: (763) 476-6200<br>Fax: (763) 476-0676<br>E-mail: lanny.smaagard@billhicksco.com | Trade Payable | | | | $1,691,969.49 |
| 5.11 Inc<br>4300 Spyres Way<br>Modesto, CA 95356 | Peter Novak<br>4300 Spyres Way<br>Modesto, CA 95356<br><br>Tel: (800) 451-1726<br>Fax: (209) 527-1511<br>E-mail: lanny.smaagard@billhicksco.com | Trade Payable | | | | $1,495,017.67 |

Debtor  **Gander Mountain Company**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sports South Inc<br>1039 Kay Lane<br>Shreveport, LA 71115 | Tripper Dickson<br>1039 Kay Lane<br>Shreveport, LA 71115<br><br>Tel: (318) 759-0721<br>Fax: (262) 246-7257<br>E-mail: tripper.dickson@sportssouth.biz | Trade Payable | | | | $1,411,122.07 |
| Benelli Usa Corp<br>17603 Indian Head Hwy<br>Accokeek, MD 20607 | Karen Cushman<br>17603 Indian Head Hwy<br>Accokeek, MD 20607<br><br>Tel: (301) 283-6981 x123<br>Fax: (301) 283-6988<br>E-mail: karenc@benelliusa.com | Trade Payable | | | | $1,218,152.58 |
| Smith & Wesson<br>Po Box 95000-3890<br>Philadelphia, PA 19195-0001 | Deana McPherson<br>Po Box 95000-3890<br>Philadelphia, PA 19195-0001<br><br>Tel: 413-747-3231<br>E-mail: dmcpherson@aob.com | Trade Payable | | | | $1,203,122.73 |
| Under Armour<br>1020 Hull St<br>Tide Point HQ<br>Baltimore, MD 21230 | Patrick Parnin<br>1020 Hull St<br>Tide Point Hq<br>Baltimore, MD 21230<br><br>Tel: (410) 246-5822<br>Fax: (888) 927-6687<br>E-mail: pparnin@underarmour.com | Trade Payable | | | | $1,072,121.50 |
| Magpul Industries Corp<br>400 Young Ct<br>Unit 1<br>Erie, CO 80516 | Magpul Industries Corp<br>400 Young Ct<br>Unit 1<br>Erie, CO 80516<br><br>Tel: (303) 828-3460 #148<br>E-mail: jgleason@magpul.com | Trade Payable | | | | $1,028,753.72 |
| Normark<br>10395 Yellow Circle Dr<br>Minnetonka, MN 55343 | Travis Tuma<br>10395 Yellow Circle Dr<br>Minnetonka, MN 55343<br><br>Tel: (952) 933-7060<br>Fax: (212) 318-9608<br>E-mail: ttuma@rapalausa.com | Trade Payable | | | | $979,864.55 |

Debtor   Gander Mountain Company                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| National Retail Properties LP 10395 Yellow Circle Dr Suite 900 Orlando, FL 32801 | Kim Cranford 10395 Yellow Circle Dr Suite 900 Orlando, FL 32801 Tel: (407) 650-1155 Fax: (321) 206-7003 E-mail: kimberlie.cranford@nnnreit.com | Rent | | | | $952,252.87 |
| Hydro Flask 561 NW York Dr Bend, OR 97703 | Claudine Nadeau 561 NW York Dr Bend, OR 97703 Tel: (888) 584-9376 Fax: (888) 276-0851 E-mail: Claudine@hydroflask.com | Trade Payable | | | | $871,132.32 |
| Carhartt Inc. Po Box 856843 Minneapolis, MN 55485 | Robert Hanus Po Box 856843 Minneapolis, MN 55485 Tel: (313) 749-6716 Fax: (616) 874-2133 E-mail: rhanus@carhartt.com | Trade Payable | | | | $855,696.11 |
| Red Wing Brands Of America 314 Main Street Red Wing, MN 55066 | Julie Carlson 314 Main Street Red Wing, MN 55066 Tel: 651-385-1215 Fax: (651) 385-0897 E-mail: julie.carlson@redwingshoes.com | Trade Payable | | | | $819,707.82 |

\* Due to the overlapping nature of this debtor and debtor Overton's, Inc., this is a consolidated list of both debtors' largest unsecured creditors. See Notice of Hearing and Motion for Order Granting Expedited Relief and Authorizing Joint Administration of Cases, filed contemporaneously herewith.

# United States Bankruptcy Court
### District of Minnesota

In re: Gander Mountain Company

Debtor(s)

Case No.

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Allison Pratt 1992 GRAT Trust<br>Rex Realty<br>7701 Forsyth Suite 1125<br>Saint Louis, MO 63105 | Senior Voting Common Stock | 2.678% | |
| GMTN Capital Partners, LLC<br>180 East Fifth Street, Suite 1<br>Attn: Eric Jacobson<br>Saint Paul, MN 55101 | Non-Voting Junior Common Stock | 100.000% | |
| Gratco, LLC<br>Rex Realty<br>7701 Forsyth Suite 1125<br>Saint Louis, MO 63105 | Senior Voting Common Stock | 44.644% | |
| Holiday Companies<br>4567 American Boulevard West<br>Bloomington, MN 55437 | Senior Voting Common Stock | 44.841% | |
| Holiday/Gmtn Family, LLC<br>4567 American Boulevard West<br>Bloomington, MN 55437 | Senior Voting Common Stock | 5.159% | |
| Jeffrey Pratt 1992 GRAT Trust<br>Rex Realty<br>7701 Forsyth Suite 1125<br>Saint Louis, MO 63105 | Senior Voting Common Stock | 2.678% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive VP of Lighthouse Management Group, Inc., as CRO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  March 10, 2017

Signature  /s/ Timothy Becker

Timothy Becker

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re: Gander Mountain Company
Debtor(s)

Case No.
Chapter 11

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Gander Mountain Company in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

GMTN Capital Partners, LLC
180 East Fifth Street, Suite 1
Attn: Eric Jacobson
Saint Paul, MN 55101

Gratco, LLC
Rex Realty
7701 Forsyth Suite 1125
Saint Louis, MO 63105

Holiday Companies
4567 American Boulevard West
Bloomington, MN 55437

☐ None [*Check if applicable*]

March 10, 2017
Date

/s/ Clinton E. Cutler
Clinton E. Cutler 158094
Signature of Attorney or Litigant
Counsel for Gander Mountain Company
Fredrikson & Byron, P.A.
200 S Sixth St, Ste 4000
Minneapolis, MN 55402
612.492.7000 Fax:612.492.7077