**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

| | |
|---|---|
| **Gander Mountain Company** | **BKY No. 17-30673** |
| **Overton's Inc.** | **BKY No. 17-30675** |

     **Debtor(s).**

---

**APPOINTMENT OF COMMITTEE OF UNSECURED**
**CREDITORS IN CHAPTER 11 CASE**

---

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the

Official Committee of Unsecured Creditors in the above case:

1.   Creditor:  Ellett Brothers
     Address:  PO Box 128
              Chapin, SC 29036

     Contact Person: Jay Montgomery       Phone: 800-845-3711 ext. 2202
     Email:   jaymontgomery@ellett.com

2.   Creditor:  Carhartt, Inc.
              Address: 5750 Mercury Drive
              Dearborn, MI 48126

     Contact Person: Robert Hanus        Phone: 313-749-6716
     Email:   rhauns@carhartt.com

3.   Creditor:   Smith & Wesson Corp
     Address:   2100 Roosevelt Avenue
               Springfield, MA 01104

     Contact Person: Deana L. McPherson     Phone: 413-747-3231
     Email: dmpherson@aob.com

Jay Montgomery of Ellett Brothers is hereby designated as Acting Chairperson of said

Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

March 13, 2017                                              Respectfully submitted,

                                              DANIEL M. MCDERMOTT
                                              United States Trustee
                                              Region 12


                              By:    /e/Sarah J. Wencil_____
                                     Trial Attorney
                                     IA ID # 14014
                                     U.S. Trustee's Office
                                     300 South Fourth St., #1015
                                     Minneapolis, MN    55415
                                     (612) 334-1350