# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Gander Mountain Company,<br>Overton's, Inc.,<br><br>Debtors. | Jointly Administered Under<br>Case No. 17-30673 (MER)<br><br>Case No. 17-30673<br>Case No. 17-30675<br><br>Chapter 11 Cases |

### NOTICE OF CONTINUED HEARING OF MOTION OF SYLVAN PARK APARTMENTS, LLC FOR AN ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM FOR UNPAID POST-PETITION RENT

TO: THE DEBTORS AND OTHER ENTITIES SPECIFIED IN LOCAL RULE 9013-3:

1. On January 19, 2018, Sylvan Park Apartments, LLC ("Sylvan Park") filed their Motion for an Order Allowing Administrative Expense Claim for Unpaid Post-Petition Rent (the "Motion") [ECF No. 1533].

2. The hearing to consider approval of the Motion was originally set for Wednesday, February 14, 2018, at 1:30 P.M. [ECF No. 1533].

3. **PLEASE TAKE NOTICE** that the hearing on the Motion has been continued to **Wednesday, March 21, 2018, at 2:30 P.M.** before the Honorable Michael E. Ridgway, in Courtroom No. 7 West, United States Courthouse, 300 South Fourth Street, Minneapolis Minnesota, 55415, or as soon thereafter as counsel can be heard.

4. Any response to this Motion must be filed and served no later than Friday, March 16, 2018, which is five (5) days before the time set for the hearing. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

1

Dated:  February 12, 2018　　　　　　　　**WARNER LAW, LLC**
　　　　　　　　　　　　　　　　　　　　<u>*/e/ George E. Warner, Jr.*</u>
　　　　　　　　　　　　　　　　　　　　George E. Warner, Jr. (MN ID #0222719)
　　　　　　　　　　　　　　　　　　　　120 South Sixth Street, Suite 1515
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402-1817
　　　　　　　　　　　　　　　　　　　　(952) 922-7700
　　　　　　　　　　　　　　　　　　　　george@warnerlawmn.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Sylvan Park Apartments, LLC*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Gander Mountain Company,<br>Overton's, Inc.,<br>　　　　　　　Debtors. | Jointly Administered Under<br>Case No. 17-30673 (MER)<br><br>Case No. 17-30673<br>Case No. 17-30675<br><br>Chapter 11 Cases |

## CERTIFICATE OF SERVICE

I, George E. Warner, Jr., declare under penalty of perjury that on February 12, 2018 I served the following:

1. NOTICE OF HEARING AND MOTION OF SYLVAN PARK APARTMENTS LLC FOR AN ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIMS FOR UNPAID POST-PETITION RENT;
2. MEMORANDUM OF LAW IN SUPPORT OF SYLVAN PARK APARTMENTS LLC'S MOTION FOR AN ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM FOR UNPAID POST-PETITION RENT; and
3. ORDER GRANTING MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM.

electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification to all ECF participants participating in this case, and this constitutes service or notice pursuant to Local Rule 9006-1(a).

Additionally, I caused all the above documents to be served upon the parties listed below, by placing true and correct copies in an envelope addressed as noted, and depositing the same, with postage prepaid, in the United States Mail at Minneapolis, Minnesota.

| | |
|---|---|
| Gander Mountain Company<br>180 East 5th Street, Suite 1300<br>Saint Paul, MN 55101 | Corporation Service Company as Representative<br>PO Box 2575<br>Springfield, IL 62708 |
| Dell Financial Services L.L.C.<br>Mail Stop Ps2df-23<br>One Dellway<br>Round Rock, TX 78682 | First National Bank of St. Louis<br>7707 Forsyth Blvd.<br>Clayton, MO 63105 |

| | |
|---|---|
| Flexprint, Inc.<br>P.O. Box 35701<br>Billings, MT 59107 | Key Equipment Finance, Inc.<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027 |
| MB Financial Bank, N.A.<br>6111 N. River Rd.<br>Rosemount, IL 60018 | NMHG Financial Services<br>PO Box 35701<br>Billings, MT 59107 |
| TCF Equipment Finance<br>11100 Wayzata Blvd., Suite 601<br>Minnetonka, MN 55305 | US Bank Equipment Finance<br>PO Box 230789<br>Portland, OR 97281 |
| Wells Fargo Equipment Finance, Inc.<br>733 Marquette Ave., #700<br>Minneapolis, MN 55402 | MN Department of Revenue<br>551 Bankruptcy Sections<br>PO Box 64447<br>St. Paul, MN 55164 |
| IRS District Counsel<br>380 Jackson Street<br>650 Cray Plaza<br>St. Paul, MN 55101 | IRS District Director<br>Room 320 Stop 5700<br>30 7th Street E #1222<br>St. Paul, MN 55101 |
| US Attorney<br>300 South 4th Street #600<br>Minneapolis, MN 55415 | IBM Credit LLC<br>Andrew Gravina<br>7100 Highlands Pkwy<br>Smyrna, GA 30082 |

Dated: February 12, 2018         */e/ George E. Warner, Jr.*