# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered Under<br>Case No. 17-30673 (MER) |
| Gander Mountain Company,<br>Overton's, Inc. | Case No. 17-30673<br>Case No. 17-30675 |
| Debtors. | Chapter 11 Cases |

## ORDER EXTENDING THE CLAIMS OBJECTION BAR DATE

This matter is before the Court on the Motion for an Order Extending the Claims Objection Bar Date (the "Motion"), brought by the Gander Mountain Liquidating Trust (the "Trust") and META Advisors LLC, in its capacity as the Liquidating Trustee (the "Liquidating Trustee"). Based on the Motion and the documents of record herein,

IT IS ORDERED:

1. The Motion is granted.

2. The deadline for the Liquidating Trustee to object to Claims is hereby extended through and including June 3, 2019, without prejudice to the Liquidating Trustee's right to seek further extensions of the Claims Objection Bar Date.

3. The Liquidating Trust and Liquidating Trustee are authorized to take any and all actions that are necessary and appropriate to give effect to this Order.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: November 29, 2018.

*/e/ Michael E. Ridgway*

Judge Michael E. Ridgway
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/29/2018
Lori Vosejpka, Clerk, by JS